ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:16CR37 |
| v. | § | Judge Crone |
| | § | |
| JOEL PAUL CHILDERS | § | |

## FACTUAL BASIS

The defendant, **Joel Paul Childers (Childers)**, stipulates and agrees that the following facts are true and correct:

1. As charged in Count One of the Indictment, between in or about July 2015, and on or about January 18, 2016, in the Eastern District of Texas, and elsewhere, **Childers** conspired with another individual, who was the parent of a child known as Victim 1, to engage in sexually explicit conduct with Victim 1 for the purpose of creating a visual depiction of such conduct.

2. As charged in Count Two of the Indictment, between in or about September 2013, and on or about February 15, 2016, in the Eastern District of Texas, and elsewhere, **Childers** conspired with another individual, who was the parent of a child known as Victim 2, to engage in sexually explicit conduct with Victim 2 for the purpose of creating a visual depiction of such conduct.

3. **Childers** admits that Victim 1 and Victim 2 were and are prepubescent minor females, younger than the age of 12-years-old.

4. **Childers** knowingly sent payment, via wire transfer, to the parents, guardians, and custodians of Victims 1 and 2, in Romania, in amounts totaling in excess of $1,000. In exchange for the payment, **Childers** requested that the individuals create

"shows" in which the individuals sexually abused Victim 1 and Victim 2, and transmitted the live and recorded videos via the Internet, from Romania to **Childers'** residence, within the Eastern District of Texas.

5. **Childers** admits that he utilized a computer, including his custom-built desktop computer containing a Western Digital 1TB hard drive, bearing serial number WMC1U6801212, to communicate, via the Internet, with the parents, guardians, and custodians of Victim 1 and Victim 2. Through these communications, **Childers** requested that Victim 1 and Victim 2 engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and **Childers** discussed payment for production of the "shows" involving Victim 1 and Victim 2.

6. **Childers** further admits that the sexually explicit conduct included sex acts involving mouth-to-vagina and mouth-to-anus contact, masturbation, and the penetration of a prepubescent minor female's vagina and anus with an adult's fingers and a foreign object.

7. **Childers** admits that the live transmissions and recorded videos were transported and transmitted via the Internet, a means and facility of interstate and foreign commerce.

8. At the time that he conspired with others to employ, use, persuade, induce, entice, and coerce Victim 1 and Victim 2 to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct, **Childers** knew or believed that Victim 1 and Victim 2 were minors residing in Romania, outside of the Eastern District of Texas.

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT
## JOEL PAUL CHILDERS

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 9 JAN 17

JOEL PAUL CHILDERS
Defendant

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 1/9/17

JEFFREY C. KING
Attorney for the defendant